**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 15-6395**

―――――――――

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

DARRELL TAMAR WRIGHT, a/k/a D. Wright,

             Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, Chief District
Judge.   (4:06-cr-00207-TLW-3)

―――――――――

Submitted:  May 21, 2015                Decided:  May 27, 2015

―――――――――

Before MOTZ, KING, and WYNN, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Darrell Tamar Wright, Appellant Pro Se.   Jimmie Ewing, Assistant
United States Attorney, Columbia, South Carolina; Arthur Bradley
Parham, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Tamar Wright seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Wright has not made the requisite showing. Accordingly, we deny Wright's motion for a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED